THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Vinson Wayne Filyaw, Appellant.
 
 
 
 
 

Appeal From Kershaw County
 G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-075
 Submitted January 4, 2010  Filed February
1, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley
 W. Elliott, and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Vinson Filyaw appeals his 421-year
 sentence, arguing it violates the constitutional prohibition against cruel and
 unusual punishment.  After a thorough review of the record, and counsel's brief, 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.